UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHRISTOPHER HAKEAM JABBAR WISE,

     Petitioner,

         v.                         CAUSE NO. 3:26-CV-414-TLS-JEM

SHERIFF,

     Respondent.

OPINION AND ORDER

Christopher Hakeam Jabbar Wise, a prisoner without a lawyer, filed a habeas petition challenging convictions for failing to register as a sex offender in four separate criminal proceedings before the Allen Superior Court. Specifically:

- On September 30, 2020, he was sentenced to one year of incarceration for failing to register as a sex offender in Case No. 02D04-2008-F6-1055;

- On March 24, 2022, he was sentenced to two years' incarceration for failing to register as a sex offender in Case No. 02D05-2109-F5-351;

- On March 10, 2023, he was sentenced to two years incarceration for failing to register as a sex offender under Case No. 02D06-2211-F5-443; and

- He was convicted of failing to register as a sex offender in Case No. 02D06-2510-F5-413 but had not been sentenced as of the date of he filed the petition.

Pursuant to Section 2254 Habeas Corpus Rule 4, the court must dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

Significantly, "[h]abeas corpus lies only if the petitioner is in custody in violation of the Constitution or laws or treaties of the United States." *Harts v. State of Ind.*, 732 F.2d 95, 96 (7th Cir. 1984) (cleaned up). In the petition, Wise argues that he is entitled to habeas relief because

the Allen Superior Court has entered his convictions under the name "Christopher Hakeam Wise" instead of "Christopher Hakeam-Jabbar Wise" as he is named on his birth certificate and social security card. Though it may be frustrating that the Allen Superior Court has declined to use Wise's full name, it is unclear how this amounts to a violation of federal law. Further, the sentencing information for three convictions, Case No. 02D04-2008-F6-1055, Case No. 02D05-2109-F5-351, and Case No. 02D06-2211-F5-443, strongly suggests that Wise is no longer in custody pursuant to these convictions. Consequently, Wise cannot proceed on this petition, but the court will grant him an opportunity to file an amended petition that includes an explanation as to how his convictions violate constitutional or federal law and how challenges to each of his convictions amount to a challenge to his custody.

As a final matter, Wise has not resolved his filing fee status. To proceed with this case, Wise must either pay the filing fee in full or submit a motion to proceed *in forma pauperis* with his ledgers for the last six months attached.

For these reasons, the court:

(1) DENIES as MOOT the motion to amend (ECF 2);

(2) ORDERS Christopher Hakeam Jabbar Wise to file an amended habeas petition and to resolve his filing fee status consistent with this Order by July 8, 2026; and

(3) CAUTIONS Christopher Hakeam Jabbar Wise that, if he does not respond by this deadline, this case will be dismissed without further notice.

SO ORDERED on June 11, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT